UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JOSEPH MALATAMBAN RAAB,

        Plaintiff,

v.

JAMES MCLEOD et al.,

        Defendants.
_____/

Case No. 2:19-cv-241

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** as duplicative and frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Dated: January 10, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge